FILED
JAN 25 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JONATHAN BERNARD HURTH,           )  Case No.  CV 06-4030-MMM (MLG)
                                  )
        Petitioner,               )
                                  )  ORDER ACCEPTING AND ADOPTING
        v.                        )  FINDINGS AND RECOMMENDATIONS OF
                                  )  UNITED STATES MAGISTRATE JUDGE
SCOTT KERNAN, Warden,             )
                                  )
        Respondent.               )
_____ )

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered denying the petition with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment on all parties.

Dated: January 24, 2008

Margaret M. Morrow
United States District Judge