JS-6

FILED
JAN 25 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JONATHAN BERNARD HURTH,<br><br>  Petitioner,<br><br>  v.<br><br>SCOTT KERNAN, Warden,<br><br>  Respondent. | Case No. CV 06-4030-MMM (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated: January 24, 2008

_____
Margaret M. Morrow
United States District Judge